■ FRANK GIULIANO, an Infant, by LILLIAN GIULIANO, His Mother and Natural Guardian, et al., Respondents, v HUNTS POINT COOPERATIVE MARKET, INC., et al., Defendants, and DEPOT CONSTRUCTION CORP., Appellant. (And a Third-Party Action.)—In an action to recover damages for personal injuries, etc., defendant Depot Construction Corp. appeals, as limited by its brief, from so much of an order of the Supreme Court, Kings County, dated August 5, 1976, as denied its motion for discovery and inspection of plaintiffs' Federal income tax returns for the years 1970 through 1975. Order affirmed insofar as appealed from, with $50 costs and disbursements. No special or unusual circumstances have been shown to exist here and, therefore, plaintiffs' income tax records are not subject to discovery (cf. *Krauss v Putterman,* 50 AD2d 599). Martuscello, Acting P. J., Cohalan, Rabin and Mollen, JJ., concur.

■ GLOW-BRITE ELECTRICAL SERVICE CORPORATION, Respondent, v FROCOL RESTAURANT CORPORATION, Appellant.—In an action to recover the balance due on an oral contract to supply certain labor, services and materials, defendant appeals from a judgment of the Supreme Court, Kings County, entered April 14, 1976, which is in favor of plaintiff and against it, after a nonjury trial. Judgment affirmed, with costs. Trial Term's decision is adequately supported by the record. Any objections which defendant might have interposed to the introduction of plaintiff's evidence were waived by its failure to make such objections at the trial. The trial court did not abuse its discretion in refusing to grant defendant an adjournment of the trial after the case had been set down peremptorily. Margett, Acting P. J., Shapiro, Titone and O'Connor, JJ., concur.